# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD GETZ,<br><br>                Plaintiff,<br>vs.<br>VMC ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>                Defendant. | **Case No.: 8:19-cv-0421-AG-DFM**<br><br>*Hon. Andrew J. Guilford*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: March 4, 2019<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant VMC Enterprises, Inc., a California Corporation ("Defendant").

Dated: July 17, 2019

Hon. Andrew J. Guilford
Judge, United States Court
Central District of California

1

ORDER FOR DISMISSAL WITH PREJUDICE